NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-5036

ATK THIOKOL, INC. (now known as ATK Launch Systems Inc.),

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 99-CV-440, Judge Susan C. Braden.

## ON MOTION

Before LINN, Circuit Judge.

## O R D E R

The United States moves for a 62-day extension of time, until June 1, 2009, to file its brief. ATK Thiokol, Inc. opposes. The United States replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

APR 2 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Thomas A. Lemmer, Esq.
     Robert E. Chandler, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 0 2009

JAN HORBALY
CLERK